UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shermarrie Rivers, | Case No.  1:26-CV-04720-JLT-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| Brad Hardie, | (ECF No. 2) |
| Defendant. | TWENTY-ONE (21) DAY DEADLINE |

On January 6, 2026, Plaintiff Shermarrie Rivers ("Plaintiff"), proceeding pro se, filed this action against Defendant Brad Hardie.  (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) But Plaintiff's application is insufficient for the court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that for the past twelve (12) months she has not received any source of income. (*Id.*) Plaintiff leaves several required portions of the form blank. For example, Plaintiff was instructed to state the date of last employment, even if not currently employed.

Accordingly, the court will order Plaintiff to complete and file an *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239*. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that are intentionally left blank. If Plaintiff is unwilling to complete and submit the long form

application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239* to Plaintiff;

2    Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239*; and

3.    If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:    **June 26, 2026**

UNITED STATES MAGISTRATE JUDGE

2