UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMARRIE RIVERS,<br>Plaintiff,<br>v.<br>BRAD HARDIE,<br>Defendant. | Case No. 1:26-cv-04720-KES-FJS<br>ORDER VACATING ORDER TO SHOW CAUSE<br>(ECF No. 18)<br>ORDER STRIKING DUPLICATIVE FILINGS<br>(ECF Nos. 4, 5, 8, 9) |

On August 5, 2026, the court issued an order requiring Plaintiff Shermarrie Rivers ("Plaintiff"), proceeding *pro se*, to show cause as to whether or not ECF No. 10 should be construed as Plaintiff's first amended complaint and why ECF Nos. 4, 5, 8, 9, 13, 14, 15, 16, 17 should not be stricken from the docket. (ECF No. 18.)

On August 31, 2025, Plaintiff responded to the court's order to show cause. (ECF No. 20.) Plaintiff made no argument for or against ECF No. 10 being construed as a first amended complaint. (*See* ECF No. 20.) Plaintiff did not make a showing as to why ECF Nos. 4, 5, 8, 9, 13, 14, 15, 16, 17 should not be stricken from the docket but instead explains that the documents are evidence in support of her claims. (*See* ECF No. 20.)

Accordingly, the court ORDERS the following:

1. ECF No. 10 is deemed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1);
2. ECF No. 4 is STRICKEN from the record as duplicative of ECF No. 10 at 26;
3. ECF No. 5 is STRICKEN from the record as duplicative of ECF No. 10 at 11, 21, 35-37;
4. ECF No. 8 is STRICKEN from the record as duplicative of ECF No. 10 at 27-37;
5. ECF No. 9 is STRICKEN from the record as duplicative of ECF No. 10 at 39-46;
6. ECF Nos. 13, 14, 15, 16, and 17 are not duplicative of any other documents and shall be construed together with ECF No. 10. Plaintiff is instructed that should she desire to amend her complaint in the future, she must first file a motion seeking leave from the court to do so. Plaintiff must also attach any proposed amended complaint as an exhibit to the motion in accordance with the Rules, along with any proposed exhibits to the proposed amended complaint; and
7. Based on Plaintiff's response (ECF No. 20), the court will VACATE the order to show cause (ECF No. 18). Plaintiff is once again warned that although the court will construe Plaintiff's filings liberally because she is a *pro se* litigant (*Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010)), <u>excessive filings for no purpose will not to be tolerated</u>. Plaintiff should limit her filings to pleadings, motions, responses, and appropriate reports. This case is currently at a pleading stage and the filing of miscellaneous documents or evidence purporting to support Plaintiff's claims is unnecessary at this time. Plaintiff should refrain from filing similar documents in the future unless filed in support of (and appended to) a proper motion. Because Plaintiff continues to proceed in forma pauperis, the court will screen her amended complaint (ECF No. 10) in due course.

IT IS SO ORDERED.

Dated: **October 22, 2026**

UNITED STATES MAGISTRATE JUDGE